1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA,

4              v.                          21 CR 446 (VSB)

5  ANDREW FRANZONE,

6                  Defendant.              Arraignment
   ------------------------------x
7
                                          New York, N.Y.
8                                         July 23, 2021
                                          12:40 p.m.
9

10 Before:

11
                        HON. VERNON S. BRODERICK,
12
                                          District Judge
13
                            APPEARANCES
14
   AUDREY STRAUSS
15      United States Attorney for the
        Southern District of New York
16 BY:  JORDAN ESTES
        Assistant United States Attorney
17
   FEDERAL DEFENDERS OF NEW YORK, INC.
18      Attorneys for Defendant
   BY:  JULIA GATTO
19

20

21

22

23

24

25

1           (Case called)

2           THE COURT:  Are we ready to proceed?

3           MS. ESTES:  Yes, your Honor.

4           THE COURT:  And the defense?

5           MS. GATTO:  Yes, your Honor.  Thank you.

6           THE COURT:  If I could ask counsel to please identify

7    themselves for the record.

8           MS. ESTES:  Good afternoon, your Honor, Jordan Estes

9    for the government.  I'm covering for Kiersten Fletcher today.

10          THE COURT:  Good afternoon.

11          MS. GATTO:  Good afternoon, your Honor, Federal

12   Defenders of New York by Julia Gatto for Mr. Franzone.

13          THE COURT:  Good afternoon.

14          I understand this matter is on for an arraignment.

15          Mr. Franzone, have you received a copy of the

16   indictment?

17          THE DEFENDANT:  Yes.

18          THE COURT:  Have you had an opportunity to read it?

19          THE DEFENDANT:  Yes.

20          THE COURT:  Have you had an opportunity to go over it

21   with your attorney?

22          THE DEFENDANT:  Yes.

23          THE COURT:  Do you waive its public reading or do you

24   want me to read it to you?

25          THE DEFENDANT:  I'll waive it.  Thank you.

1              THE COURT:  How do you plead?

2              THE DEFENDANT:  Not guilty.

3              THE COURT:  Thank you.

4              Ms. Estes, what's the status of discovery?

5              MS. ESTES:  Your Honor, we have actually just produced

6    discovery to defense counsel now.  It is a voluminous amount of

7    discovery.

8              I would also note that the parties have agreed to a

9    protective order, which we have both signed and which I'll

10   submit to the Court.

11             THE COURT:  You can hand it up.

12             MS. ESTES:  Thank you, your Honor.

13             THE COURT:  Is that consistent with defense counsel's

14   understanding?

15             MS. GATTO:  Yes, your Honor.

16             THE COURT:  I see the signature here.  OK.  I'll sign

17   that right now and it should hit the docket either later today

18   or Monday.

19             MS. ESTES:  Thank you, your Honor.

20             THE COURT:  Let me ask, Ms. Gatto, what is your

21   preference?

22             MS. GATTO:  Your Honor, understanding that the

23   discovery is quite voluminous, I was going to ask to come back

24   in 90 days, which will hopefully give me enough time to get

25   through my review and my review with Mr. Franzone of the

1    discovery.

2              THE COURT:  Are there search warrants, Ms. Estes, and

3    were there any statements made in connection with the case?

4              MS. ESTES:  Yes, your Honor, there were search

5    warrants.  There are also, we have recordings of Mr. Franzone

6    that we received from the SEC.  I don't know if there are any

7    postarrest statements, but we do have those recordings, which

8    are in the discovery.

9              THE COURT:  Those recordings were done consistent with

10   the operation of the business, or do you not know one way or

11   the other?

12             MS. ESTES:  Your Honor, I am not sure since I am

13   covering.

14             THE COURT:  I was just trying to figure out whether

15   there is going to be any motion practice with regard to that.

16   Obviously, I'll leave that up to defense counsel.

17             We will set it down for 90 days out.

18             THE LAW CLERK:  We can do October 21 at noon.  That's

19   a Thursday.

20             THE COURT:  October 21 at noon.  Ms. Estes, I'll leave

21   it to you to let Ms. Fletcher know.

22             MS. ESTES:  Yes, your Honor.

23             MS. GATTO:  Your Honor, I know I'm going to be on

24   trial that week.  If we can schedule it for the following week.

25             THE COURT:  Is the trial just a week or do you

1  think --

2          MS. GATTO:  To play it safe, the week of November 1

3  would be ideal for me.

4          THE LAW CLERK:  We could do Friday, November 5, at 10

5  a.m.

6          MS. GATTO:  Thank you.

7          THE COURT:  Fantastic.

8          I am going to exclude the time between now and

9  November 5 from the time within which Mr. Franzone would have

10 to be brought to trial.  I find that that exclusion outweighs

11 the interests of the public and Mr. Franzone in a speedy trial.

12 The reason for that exclusion is to allow counsel who just

13 received the documents to review the documents, review them

14 with Mr. Franzone, and determine whether any motions are

15 appropriate.

16         I understand there is a voluminous amount of

17 discovery.  If we could have at next conference, I would like

18 to discuss motions.  And then if there are motions, we will set

19 a schedule for that.

20         MS. ESTES:  Understood, your Honor.

21         THE COURT:  Is there anything else that we need to

22 deal with today?

23         MS. ESTES:  No, your Honor.  Thank you.

24         THE COURT:  From the defense.

25         MS. GATTO:  No, Judge.  Thank you.

1          THE COURT:  Thank you for coming in.  Please,

2     everybody, stay safe.

3          (Adjourned)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25