**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 3, 2021

*Via ECF*
The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Andrew Franzone,* 21 CR 446 (VSB)

Dear Judge Broderick:

      With the consent of the government, I write to seek an adjournment of about 45 days of the next pre-trial conference, currently scheduled for December 7, 2021. I am still in the process of reviewing the discovery with my client, a process that was delayed while Mr. Franzone was detained. Mr. Franzone recently was released to the community pursuant to bail conditions. I intend to use the additional time to review the discovery with him to determine what, if any, motions we will file. In light of the nature of this request, Mr. Franzone consents to the exclusion of time for speedy trial purposes until the adjourned date.

      Thank you and I hope the Court and chambers have a good and safe holiday season.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto, Esq.
212.417.8750

cc:    AUSA Kiersten Fletcher (via ECF)