UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA                 :

       -against-                                      :        21 CR 446 (VSB)

ANDREW FRANZONE                          :        NOTICE OF APPEARANCE

                                                              :
------------------------------------------------------------X

       PLEASE TAKE NOTICE that the undersigned counsel, Angela D. Lipsman, appears as an associate of Rubinstein & Corozzo, LLP, Attorneys for the Defendant ANDREW FRANZONE, in the above-entitled action, and should be included in all correspondence, including notices of electronic filing generated through CM/ECF, and all other matters.

Dated: New York, New York
      January 21, 2022

                                                                                             Respectfully submitted,

                                                                                        _____/s/_____
                                                                                       Angela D. Lipsman
                                                                                      Rubinstein & Corozzo, LLP
                                                                                      260 Madison Avenue, 22d Fl.
                                                                                      New York, New York 10016
                                                                                      (212) 545-8777 (ph)
                                                                                      (917) 722-8206 (fax)
                                                                                      alipsman@rubcorlaw.com