**EXHIBIT A**
**SUBMITTED FOR FILING UNDER SEAL**