Case 1:21-cr-00446-VSB   Document 32-5   Filed 06/24/22   Page 1 of 1

Hotel Views | Guest Rooms | Suites | Features | Dining | Recreation & Fitness | Spa | Events & Meetings | Weddings ✕



Previous | Next

71 / 117   El Vez   View Gallery