# The Westin Fort Lauderdale Beach Resort



OUR LOCATION

# Getting Here

The Westin Fort Lauderdale Beach Resort

321 North Fort Lauderdale Beach Boulevard, Fort Lauderdale, Florida, USA, 33304

Tel: +1 954-467-1111

✈ Fort Lauderdale-Hollywood International Airport ⌄

✈ Fort Lauderdale Executive Jet Center ⌄

✈ Miami International Airport ⌄

🚐 Other Transportation ⌄

## WESTIN

The Westin Fort Lauderdale Beach Resort


6/16/22, 5:09 PM    Case 1:21-cr-00446-VSB    Hotels Ft. Lauderdale Beach Resort | The Westin Fort Lauderdale Beach Resort
                                              Document 32-7    Filed 06/24/22    Page 2 of 2

# The Westin Fort Lauderdale Beach Resort



Map data ©2022 Google

## Property Details

**Featured Amenities** ⌄

**Hotel Information** ⌃

Check-in: 4:00 pm

Check-out: 11:00 am

Smoke Free Property

# WESTIN

The Westin Fort Lauderdale Beach Resort