AO 93C (08/18) SDNY Rev. Warrant by Telephone or Other Reliable Electronic Means    ❒ Original    ❒ Duplicate Original

# UNITED STATES DISTRICT COURT
для the
_____ District of _____

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)* | )<br>)<br>)  Case No.  **21 MAG 5417**<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

The search and seizure are related to violation(s) of *(insert statutory citations)*:

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
❒ in the daytime 6:00 a.m. to 10:00 p.m.    ❒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ❒ for _____ days *(not to exceed 30)*    ❒ until, the facts justifying, the later specific date of _____.

Date and time issued: _____    _____
                                                                                *Judge's signature*

City and state: _____    _____
                                                                *Printed name and title*

USAO_SDNY_000000088

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                                 _____
*Executing officer's signature*

                                                                 _____
*Printed name and title*

USAO_SDNY_000000089

**Attachment A**

**I. Devices Subject to Search and Seizure**

The devices that are the subject of this search and seizure warrant (the "Subject Devices") are described as follows:

a. A silver Apple MacBook Pro with serial number C02VJ3RAG8WN ("Subject Device-1"), as depicted in the below photographs:



b. An Apple iPhone 11 Pro Max space gray in color ("Subject Device-2"), as depicted in the below photograph:



2017.08.02

USAO_SDNY_000000090

c. An Apple iPhone and Box with power cord ("Subject Device-3"), as depicted in the below photographs:



d. A 4 terabyte G Drive Hard drive with serial number WX11D79FHD7U ("Subject Device-4"), as depicted in the below photograph:



2017.08.02

2

USAO_SDNY_000000091

e. A 2 terabyte G Drive Hard drive with serial number WX11E29C1N68 ("Subject Device-5"), as depicted in the below photograph:



f. An Apple MacBook Air with serial number C1MPWM68G940 ("Subject Device-6"), as depicted in the below photograph:



## II. Review of ESI on the Subject Devices

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the

2017.08.02

3

USAO_SDNY_000000092

government in this investigation, and outside technical experts under government control) are authorized to review the ESI contained on the Subject Devices that was created, modified, sent, received, or accessed between January 1, 2012 through the date of the execution of the warrant for evidence, fruits, and instrumentalities of violations of Title 15, United States Code, Sections 78j(b) & 78ff, 17 C.F.R. Section 240.10b-5 (securities fraud); and Title 18, United States Code, Sections 1343 (wire fraud) and 2 (aiding and abetting) (collectively, the "Subject Offenses") relating to a fraud scheme involving FF Fund I L.P. (the "FF Fund Scheme"), described as follows:

1. Evidence concerning the identities or locations of those persons with access to, control over, or ownership of the Subject Devices.

2. Evidence concerning the identity or location of, and communications with, potential co-conspirators and/or victims of the FF Fund Scheme.

3. Evidence, including documents and communications, reflecting the state of mind of participants in the Subject Offenses, including communications among members of the scheme and any communications reflecting false (purportedly exculpatory) explanations of any participant's involvement in the Subject Offenses.

4. Evidence, including documents and communications, of motive for the Subject Offenses.

5. Evidence of other individuals who may have assisted the FF Fund Scheme, ledgers, delivery and payment records, accounting records, data that was sent or received, notes as to how the criminal conduct was achieved, records of discussions about the crime, promotional materials, and other records reflecting the planning and execution of the FF Fund Scheme.

6. Evidence concerning the location of proceeds of the FF Fund Scheme, including documentation of financial transactions, bank statements, checks, books, records, invoices, payment receipts, money orders, cashier's checks, bank checks, safe deposit box keys, money wrappers, filed and non-filed income tax records, credit card receipts, credit card statements, minute books and other items evidencing the obtaining, secreting, transferring, and/or concealment of assets and the obtaining, secreting, transferring, concealment, and/or expenditure of money as part of the FF Fund Scheme.

7. Evidence revealing the passwords or other information of other participants in the Subject Offenses needed to access the user's computer, smartphone, or other devices or accounts that may contain evidence of the Subject Offenses.

8. Documents and other materials identifying the location of other evidence of the Subject Offenses.

In conducting this review, law enforcement personnel may use various techniques to locate information responsive to the warrant, including, for example:

4

2017.08.02

- surveying various file "directories" and the individual files they contain (analogous to looking at the outside of a file cabinet for the markings it contains and opening a drawer believed to contain pertinent files);

- opening or cursorily reading the first few "pages" of such files in order to determine their precise contents;

- scanning storage areas to discover and possibly recover recently deleted files or deliberately hidden files;

- performing key word searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation; and

- reviewing metadata, system information, configuration files, registry data, and any other information reflecting how, when, and by whom the device was used.

Law enforcement personnel will make reasonable efforts to search only for files, documents, or other electronically stored information within the categories identified in Section II of this Attachment. However, law enforcement personnel are authorized to conduct a complete review of all the ESI from seized devices or storage media if necessary to evaluate its contents and to locate all data responsive to the warrant.

2017.08.02

USAO_SDNY_000000094