6/10/22, 6:38 PM
Case 1:21-cr-00446-VSB Document 32-13 Filed 06/24/22 Page 1 of 2
14459_0_thewestinbeachresortspafortlauderdale_isa/g.jpg (81...340)



**Case 1:21-cr-00446-VSB   Document 32-13   Filed 06/24/22   Page 2 of 2**

SEARCH & BOOK THE WORLD'S BEST HOTELS

★★★★★ See our reviews                                    MY RESERVATIONS

Search by Hotel Name or Location   🔍         NEED ASSISTANCE?   **1-(888)-5STAR-11** 

CHECK IN
06/10/2022

CHECK OUT
06/12/2022

ADULTS
2 Adults

**CHECK AVAILABILITY**

Need more than 9 rooms? **Group Availability**

Luxury Hotels in Ft Lauderdale, FL » The Westin Beach Resort & Spa Fort Lauderdale » Photo Gallery

# The Westin Beach Resort & Spa Fort Lauderdale - Fort Lauderdale, FL, United States

The Westin Beach Resort & Spa Fort Lauderdale : Click Here to View Full Hotel Description >>



The Westin Beach Resort & Spa Fort Lauderdale Exterior                                    1 / 7

We use cookies on this site to enhance your user experience
By clicking any link on this page you are giving your consent for us to set cookies.

More info                                                              OK, I agree    Decline