**From:** franzon1@aol.com,
**To:** Juan_Michelen@fd.org,
**Subject:** Re: hi
**Date:** Tue, Jun 8, 2021 9:40 am

will they send it to us

Peggy Franzone
1 Gracie Terrace. 20A
New York NY 10028
646 318 0754

thank you

-----Original Message-----
From: Juan Michelen <Juan_Michelen@fd.org>
To: franzon1@aol.com <franzon1@aol.com>
Sent: Tue, Jun 8, 2021 9:34 am
Subject: RE: hi

Good morning,

I will send him a property release form. He will need to indicate who he wants the property sent to. They will not just give it to him. Can you provide me with the name and address of who will receive his belongings? I emailed the facility asking whether they need anything else. I will keep you posted re their response.

JUAN J. MICHELEN
ASSISTANT FEDERAL PUBLIC DEFENDER
Southern District of Florida
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Office: (954) 356-7436
Cell: (954) 224-9858
Fax: (954) 356-7556
E-mail: Juan_Michelen@fd.org

Federal Public Defender
SOUTHERN DISTRICT OF FLORIDA

**From:** franzon1@aol.com,
**To:** juan_michelen@fd.org,
**Subject:** hi
**Date:** Thu, Jun 10, 2021 11:39 am

just heard from Andrew
he said he must see you or talk to you before the weekend.   about his possessions and timelines!!
he said he is being ignored
please try to see or talk to him

thank you

**From:** franzon1@aol.com,
**To:** Juan_Michelen@fd.org,
**Subject:** Re: Franzone
**Date:** Mon, Jun 14, 2021 8:24 pm

sorry. how can he pick up his clothes?
does he ever get his computer back after they examine it?  how can he prepare his defense if he cannot look at documents and info on his computer?
please explain to him again?
thank you

-----Original Message-----
From: Juan Michelen <Juan_Michelen@fd.org>
To: franzon1@aol.com <franzon1@aol.com>
Sent: Mon, Jun 14, 2021 7:03 pm
Subject: RE: Franzone

He knows the agents took his computer and phone. Of course they are not at the jail; they are being examined as part of the evidence. The only things at the jail are whatever he was wearing when he got arrested. They will not give me his things. He needs to pick them up himself. He knows all of this.

JUAN J. MICHELEN
ASSISTANT FEDERAL PUBLIC DEFENDER
Southern District of Florida
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Office: (954) 356-7436
Cell: (954) 224-9858
Fax: (954) 356-7556
E-mail: Juan_Michelen@fd.org

Federal Public Defender
SOUTHERN DISTRICT OF FLORIDA

**From:** franzon1@aol.com,
**To:** Juan_Michelen@fd.org,
**Subject:** Re: Franzone
**Date:** Mon, Jun 21, 2021 10:51 pm

sorry so late
he is in Oklahoma. in county jail. no room in federal.
he would like you to arrange for his personal things to be sent or at least picked up
they told him he was going to court and put him on plane. Marshall told him that hid federal defender would take care of his belongings
Andrew is hoping he gets to NY tomorrow. what a mess!!
thank you


-----Original Message-----
From: Juan Michelen <Juan_Michelen@fd.org>
To: franzon1@aol.com <franzon1@aol.com>
Sent: Sun, Jun 20, 2021 6:19 pm
Subject: Re: Franzone

He'll get his computer back when the case is over. His computer is considered evidence and the government has it. They will make him a copy and give it to his lawyer. He knows ALL of this because he's asked me about it every time we talk. I'll try and set up another call for this week. I understand the frustration, but at this point he's just asking the same questions over and over again.

Juan J. Michelen
Assistant Federal Public Defender
Southern District of Florida
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Office: (954) 356-7436
Cell: (954) 224-9858
Fax: (954) 356-7556
E-mail: Juan_Michelen@fd.org

**From:** franzon1@aol.com <franzon1@aol.com>
**Sent:** Sunday, June 20, 2021 3:43:58 PM
**To:** Juan_Michelen@fd.org <Juan_Michelen@fd.org>
**Subject:** Re: Franzone

could I ask if he ever gets his computer back? how does he get it back?
Andrew said he needs the computer to organize his defense with all the documents that are on it
thanks. hope you had agood weekend


-----Original Message-----
From: Juan Michelen <Juan_Michelen@fd.org>
To: franzon1@aol.com <franzon1@aol.com>
Sent: Mon, Jun 14, 2021 7:03 pm
Subject: RE: Franzone

He knows the agents took his computer and phone. Of course they are not at the jail; they are being examined as part of the evidence. The only things at the jail are whatever he was wearing when he got arrested. They will not give me his things. He needs to pick them up himself. He knows all of this.

JUAN J. MICHELEN
ASSISTANT FEDERAL PUBLIC DEFENDER
Southern District of Florida
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Office: (954) 356-7436
Cell: (954) 224-9858
Fax: (954) 356-7556
E-mail: Juan_Michelen@fd.org

Federal Public Defender
SOUTHERN DISTRICT OF FLORIDA

**From:** franzon1@aol.com <franzon1@aol.com>
**Sent:** Monday, June 14, 2021 6:47 PM
**To:** Juan Michelen <Juan_Michelen@fd.org>
**Subject:** Re: Franzone

Andrew is very concerned about his belongings at Conte.   will his computer and phone be there ?
his clothes should be there.  is there anyway you could send someone to pick them?
Andrew has no one togo to pick them up.  I know silly request.

thank you


-----Original Message-----
From: Juan Michelen <Juan_Michelen@fd.org>
To: franzon1@aol.com <franzon1@aol.com>
Sent: Mon, Jun 14, 2021 10:31 am
Subject: RE: Franzone

No worries, really. I understand everyone is frustrated. The jail finally confirmed the call for tomorrow at 9 am. I'll speak with Andrew then.


JUAN J. MICHELEN
ASSISTANT FEDERAL PUBLIC DEFENDER
Southern District of Florida
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Office: (954) 356-7436
Cell: (954) 224-9858
Fax: (954) 356-7556
E-mail: Juan_Michelen@fd.org

Federal Public Defender
SOUTHERN DISTRICT OF FLORIDA

**From:** franzon1@aol.com,
**To:** juan_michelen@fd.org,
**Subject:** Andrew
**Date:** Fri, Jul 9, 2021 11:17 am

Hi
How are you?
What is happening with Andrew's belongings?  Were you able to get them?
Thank you
Peggy

**From:** franzon1@aol.com,
**To:** juan_michelen@fd.org,
**Subject:** Andrew
**Date:** Wed, Jul 14, 2021 12:12 pm

Hi
just checking on Andrew's belongings?
were you able to have someone save them?
thanks
Pegg