Andrew Franzone <andrew.franzone@gmail.com>

## Fwd: Conf# 28204 For Samantha Scaldo [04/22/2021-10:39 PM]

**Andrew Franzone** <andrew.franzone@gmail.com>  Thu, Apr 22, 2021 at 4:11 PM
To: Samantha Scalzo <███████@ssglobalcorporation.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Avon Limousine Worldwide & Lord's Way Limousine Services LLC <Info@avonlimo.com>
> **Date:** April 22, 2021 at 4:08:20 PM EDT
> **To:** andrew.franzone@gmail.com
> **Subject: Conf# 28204 For Samantha Scaldo [04/22/2021-10:39 PM]**

**Avon Limousine Worldwide & Lord's Way Limousine Services LLC**
1000 Lafayette Blvd Bridgeport, CT 06604
US
Tel: (800) 358-5843 Fax: (800) 848-5484
Email: Info@avonlimo.com

**Confirmation**

### Reservation Confirmation #28204

Last Modified On: 04/22/2021 03:46 PM

Thank You for traveling with Avon Limousine Worldwide & Lord's Way Limousine Services LLC! Below please find your confirmation. If any of the information appears to be incorrect, please contact our office immediately to correct it.

| | |
|---|---|
| **Pick-up Date:** | 04/22/2021 - Thursday |
| **Pick-up Time:** | 10:39 PM |
| **ServiceType:** | Airport Arrival |
| **Passenger:** | Samantha Scaldo |
| **Client Ref#:** | |
| **Phone Number:** | (917) 544-9151 |
| **No. of Pass:** | 1 |
| **Vehicle Type:** | LUXURY SEDAN |
| **Primary/Billing Contact:** | Mr Andrew Franzone |
| **Payment Method:** | Visa ** 7708 |
| **Trip Routing Information:** | **PU:** -- : LGA - LaGuardia Airport / AA - American Airlines , From/To: MIA - Miami International Airport, Term/Gate: B/D5, Flt# 967, ETA/ETD: 22:35:00 **DO:** -- : Residence ███████████, CT ████ (United States of America) |

| | | |
|---|---|---:|
| **Charges & Fees** | **Reservation Total:** | $262.05 |
| | **Payments/Deposits:** | $262.05 |
| | **Authorizations:** | $0.00 |
| | **Total Due:** | $0.00 |

**Terms & Conditions/ Reservation Agreement:**

1. All deposits are NON **refundable**! On special vehicles such as; Stretch limo, SUV, Vans, and Party Buses 25% deposits required and payments in full due within (30) days of your reservation date.Your Reservation is NOT confirm until we received your credit card or any formal payment. After we received your deposit your reservation is complete no further action required and You are agree to pay the service according to the agreement on the reservation **policies**. All **cancellation** within (15) days will required full payment 2. Company is not liable in the event of mechanical breakdown while on charter and will only be responsible for making up lost time at a mutually agreed date. The client assumes full financial liability for any damage to the limousine caused during the duration of the rental by them or any members of their party. A fee of 100.00 for each carpet or seat burn. Sanitation fee is 250.00. Alcohol Consumption and drug use is prohibited by law. Any fines will be paid for by the customer. The driver has the right to terminate run without refund (if there is blatant indiscretion on the part of the client(s)). It is Illegal to stand through the sunroof. Smoking is not permitted in some of our limousines and this is left to the discretion of the driver. 4. Overtime pay will apply after the first 15 minutes of prearranged time described on the run sheet. 5. Not responsible for delays or the termination in winter caused by unsafe road conditions (ie. not salted, accidents, etc.). 6. Not responsible for articles left in the limousine. 7. Balances to be paid to the driver on the run date before the beginning of the run. 8. Vehicles cannot be loaded beyond seating capacity. **For Airport Transportation;** commercial Arrival we offer **30** Minutes of free waiting time. For Private Aviations we offer **15** minutes waiting time before the wheels down time. Pick up at home or office you have **15** minutes free after the schedule time on your reservation. All Cancellations must be made **(4) four** hours prior to the pick-up time or the will be charge in full. If you get to the airport you can't located your driver contact the office before you make another arrangement or you will be fully charge.Any question call us at **800-358-5843 Or Email : Info@avonlimo.com  Http://www.avonlimo.com** thank you.

**StandardConfirmation.pdf**
57K