Gmail                          Andrew FRANZONE <andrew.franzone@gmail.com>

## You sent a payment (KMM475048095V13359L0KM)

**support@paypal.com** <support@paypal.com>                Sun, Sep 11, 2022 at 12:23 PM
To: andrew.franzone@gmail.com



You sent a payment
Dear Andrew Franzone,

You've sent a payment of $40.10 USD to EL VEZ FL

Payment details
Total
$40.10 USD
Transaction ID
4XH82748DL087621M
Payment Date
Apr 18, 2021 6:19:34 PM


Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click the Help link in the top right corner of any PayPal page.Copyright Â©2017 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

 Andrew FRANZONE <andrew.franzone@gmail.com>

## You sent a Payment (KMM475048043V13302L0KM)

**support@paypal.com** <support@paypal.com>  Sun, Sep 11, 2022 at 12:22 PM
To: andrew.franzone@gmail.com



You sent a payment
Dear Andrew Franzone,

You've sent a payment of $43.85 USD to EL VEZ FL

Payment details
Total
$43.85 USD
Transaction ID
8M052270V14872400
Payment Date
Apr 15, 2021 4:40:48 PM

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click the Help link in the top right corner of any PayPal page.Copyright ©2017 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.