**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455

www.mcgsllp.com

September 13, 2023

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Andrew Franzone,* 21 Cr. 446 (VSB)

Dear Judge Broderick:

I write with the consent of the government to respectfully request an adjournment of today's oral argument to allow Mr. Franzone additional time to respond to the questions posed in the Court's order of September 12, 2023. *See* Dkt No. 93. I have conferred with the government and your Courtroom Deputy, and all parties are available on September 26, 2023, at 2 pm.

Thank you for your consideration.

Respectfully submitted,

/s/

Deborah Colson
*Attorney for Andrew Franzone*

cc: AUSA Kiersten Fletcher