MOSKOWITZ COLSON
GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

October 20, 2023

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

    Re:    *United States v. Andrew Franzone,* 21 Cr. 446 (VSB)

Dear Judge Broderick:

    At the oral argument on September 26, 2023, the Court gave Mr. Franzone one month to respond to questions posed during the proceeding. I write to respectfully request an additional thirty days to file Mr. Franzone's response because we are still reviewing the relevant documents. We are not seeking an adjournment of the trial, which has been set for June 10, 2024. The government has no objection to our application.

    Thank you for your consideration.

Respectfully submitted,

/s/

Deborah Colson
Benjamin Silverman

cc:    AUSA Kiersten Fletcher