O1AfFRAc

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4            v.                        21 Cr. 446 (VSB)

 5   ANDREW FRANZONE,

 6                                      Conference
                 Defendant.
 7   ------------------------------x

 8                                      New York, N.Y.
 9                                      January 10, 2024
                                        12:00 p.m.
10

11   Before:

12                   HON. VERNON S. BRODERICK,

13                                      District Judge

14                          APPEARANCES

15   DAMIAN WILLIAMS
          United States Attorney for the
16        Southern District of New York
     BY:  KIERSTEN FLETCHER
17        Assistant United States Attorney

18   BENJAMIN SILVERMAN
     DEBORAH COLSON
19      -and-
     MAX NICHOLAS
20      Attorneys for Defendant

21
     Also Present:  Christopher O'rourke, U.S. Postal Inspector
22

23

24

25
```

O1AfFRAc

1          (Case called; appearances noted)

2          THE COURT:  Good afternoon, everyone.

3          This matter is on for a status conference.  I

4   understand there are several things.  First, I acknowledge that

5   I received, last week, a letter from Mr. Silverman with several

6   attachments.  The letter's dated January 5, related to some of

7   the questions I had posed during a conference on September 26.

8          Thank you for that, Mr. Silverman.

9          Let me ask first, with regard to that, was the

10  government intending on responding, or no?

11         MS. FLETCHER:  Your Honor, I think the government is

12  happy to respond if your Honor would appreciate a response, but

13  in the absence of that, we did not intend to respond.

14         THE COURT:  Okay.  The other issue is, I understand --

15  Ms. Colson, Mr. Silverman -- is that some time ago I think

16  there was an indication that Mr. Franzone was going to seek out

17  new counsel, retain counsel.

18         My understanding from the communications is that -- am

19  I correct, that that was unsuccessful?

20         MS. COLSON:  Your Honor, you're correct that it's been

21  unsuccessful to date, and whether he's able to do that at some

22  point in the future remains uncertain.

23         THE COURT:  Okay.  I should mention that I did ask my

24  deputy clerk to arrange for Mr. Nicholas, who is the CJA

25  counsel on duty who is seated in the gallery, to be here.

1        My understanding, however, is that Mr. Nicholas would

2   not be available to try the case in June, so I have the

3   following proposal, because any counsel -- to the extent I

4   appoint CJA counsel -- any counsel to come in, I would expect

5   to be ready to try the case in June in light of the fact that

6   the case is a 2021 case, and it's been pending for a while.

7        What I would propose is the following, and Ms. Colson

8   -- and I don't remember, but did I receive from you or

9   Mr. Silverman sort of an explanation of where things stand in

10   terms of your relationship with Mr. Franzone?

11        MS. COLSON:  No, your Honor.

12        But with the Court's permission, we could address the

13   Court *ex parte* today.

14        THE COURT:  That's exactly what I was going to

15   suggest, that in the next week, two weeks -- what do you think?

16        In the meantime, what I would ask Mr. Nicholas to do

17   is to speak to Mr. Franzone to the extent that any issues

18   related to the representation could be something that

19   Mr. Nicholas could assist with in an advisory capacity.

20        Obviously, Mr. Nicholas, for that limited purpose I

21   would appoint you counsel so you can speak with Mr. Franzone,

22   but Mr. Nicholas, at one point -- and I'm not relieving you

23   yet, Ms. Colson, you and Mr. Silverman, until I find a counsel

24   who is going to be able to try the case and I get whatever

25   submission you're going to make with regard to the *ex parte*

1    submission that we discussed.

2            MS. COLSON:  Okay.  We can file something in writing.

3    We are also prepared to address the Court orally *ex parte*

4    today.

5            THE COURT:  Okay.  I would prefer -- I'm just thinking

6    whether that would just be a sidebar or what that would be.

7    You know, I think I would prefer to get something in writing.

8            MS. COLSON:  Okay.

9            THE COURT:  And obviously, as I mentioned, it should

10   be *ex parte*, and it will be filed under seal in the case.

11           And then in the interim, Mr. Nicholas, again, can

12   speak with Mr. Franzone, but -- so how much time do you think,

13   Ms. Colson, would you like to prepare something to send to me?

14           MS. COLSON:  I think we can do that by Monday.

15           THE COURT:  Okay.  All right.  So why don't -- and

16   Mr. Nicholas, let me ask:  What is your schedule?

17           Mr. Franzone, I believe is not -- am I correct; he's

18   not living in New York?

19           MS. COLSON:  No.  He lives in New York.

20           THE COURT:  He does.  Okay.  All right.  Fantastic.

21           So what is your schedule in the next few weeks in

22   terms of meeting either remotely or in person with

23   Mr. Franzone?

24           MR. NICHOLAS:  Good afternoon, your Honor.  Easy to

25   do.  Yeah, easy to do.

1        THE COURT:  Okay.  So why don't we tentatively put

2   this matter over for two weeks, and in that time, I'll get the

3   *ex parte* submission.  And Mr. Nicholas, hopefully you'll be

4   able to meet with Mr. Franzone and have the time you need to

5   speak with him to the extent that there are issues that you

6   could assist with, with the understanding that we'll come back.

7        In the meantime, we'll consult with the criminal

8   clerks office across the street about a CJA attorney who would

9   be able to try the case in June.

10        Let me ask, Ms. Colson, I think you mentioned that

11  Mr. Franzone has not been successful to date.  Is it your

12  understanding that the search for retained counsel is still

13  continuing?

14        MS. COLSON:  One moment, your Honor.

15        THE COURT:  Sure.  Go ahead.

16        (Counsel conferred with defendant)

17        MS. COLSON:  Your Honor.

18        THE COURT:  Yes.

19        MS. COLSON:  Mr. Franzone does not have the resources

20  at the moment to retain counsel.

21        THE COURT:  Okay.  I just wanted to make sure that I

22  didn't have a CJA counsel come in and have another attorney

23  file a notice of appearance.  Okay.  All right.

24        Why don't we do that.  And Ms. Fletcher, could I ask

25  for a response, and then I'll consider all the current motions

1    fully briefed.

2              How long would you like to respond to the letter that

3    Mr. Silverman sent in?

4              MS. FLETCHER:  Your Honor, could I have until next

5    Friday?

6              THE COURT:  Sure.  The government will have until next

7    Friday to file a response to the defense's January 5 letter,

8    and if we could come back on January 24 at noon, does that --

9    if the parties could check their calendars.

10             Does that work for the government?

11             MS. FLETCHER:  Yes.  That's fine.  Thank you.

12             THE COURT:  Ms. Colson.

13             MS. COLSON:  Yes.  That works.  Thank you.

14             THE COURT:  Let me ask Mr. Nicholas, does that work

15   for you?

16             MR. NICHOLAS:  That's fine, your Honor.  Thank you.

17             THE COURT:  And obviously, Mr. Nicholas, I'll probably

18   end up relieving you at the time, but in the meantime, thank

19   you for taking on the representation.

20             MR. NICHOLAS:  Of course.  And I'm sorry about June,

21   your Honor.

22             THE COURT:  Say that again?

23             MR. NICHOLAS:  I'm sorry about June.

24             THE COURT:  That's fine.  It's understandable under

25   the circumstances.

1          MR. NICHOLAS:  Thank you.

2          Mr. Franzone, by my count, if I appoint new counsel,

3     that will be your fourth attorney.

4          The first though may have just been -- I don't know.

5     I'd have to look back because I think Ms. Gatto, Mr. Corozzo,

6     and then Ms. Colson.  Ms. Gatto may have been -- and I'll check

7     this for purposes of an initial appearance here, although I'm

8     not entirely sure.

9          MS. FLETCHER:  No, your Honor.  She was counsel for

10    many months.

11         THE COURT:  Okay.  All right.  The law is that you are

12    entitled to counsel, full stop, no matter what.  But the law

13    also is that you're not entitled to a specific attorney.  In

14    light of the history of this -- and obviously, I'll read

15    Ms. Colson and Mr. Silverman's submission, but in light of

16    that, the next counsel is the last counsel, absent something

17    extraordinary.  That's why I intend to have that counsel

18    prepared, to have their, her, or his calendar open so that the

19    case could be tried in June.

20         I believe that there's sufficient time between now and

21    June for that attorney to get up to speed to try the case.

22         Let me ask, is there anything else that we need to do

23    today, from the government's perspective?

24         MS. FLETCHER:  No, your Honor.  Thank you.

25         THE COURT:  Ms. Colson, Mr. Silverman.

1          MS. COLSON:  No.  Thank you.

2          THE COURT:  Thank you very much.  Thank you,

3    Mr. Nicholas.

4          We'll stand adjourned, and I'll see everyone on

5    January 24th at noon.

6          MS. COLSON:  Thank you.

7          (Adjourned)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25