UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

UNITED STATES OF AMERICA )
)
) **NOTICE OF APPEARANCE AND REQUEST**
v. ) **FOR ELECTRONIC NOTIFICATION**
) **21 Cr. 446 (VSB)**
ANDREW FRANZONE, )
)
Defendant. )
_____)

TO:   Clerk of Court
      United States District Court
      Southern District of New York

  The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

       by: _____
        Sarah Mortazavi
        Assistant United States Attorney
        (212) 637-2520
        sarah.mortazavi@usdoj.gov