December 1, 2020

FF Fund Management, LLC

General Partner, FF Fund I, L.P.

801 Brickell Avenue, Suite 900

Miami, FL 33131

Re: Abandonment of Limited Partnership Interest in FF Fund I, L.P.

Dear Sirs:

Reference is made to that certain Third Amended and Restated Limited Partnership Agreement of Farrell Franzone, L. P. made and entered into as of the 12th day of December 2013 (the "Partnership Agreement") by and among Farrell Franzone Investment Management, LLC ("FFIM") and the persons who became parties to the Partnership Agreement from time to time pursuant to the terms thereof. Capitalized undefined terms used herein have the meanings ascribed thereto in the Partnership Agreement.

The undersigned intends to abandon and forfeit, to the fullest extent permitted under applicable law, and does hereby so abandon and forfeit, any and all of its Partnership Interests. This letter constitutes notice to the General Partner and to the Partnership of its abandonment and forfeiture of any and all of its Partnership Interests. Accordingly, as provided under applicable law, effective immediately, the undersigned hereby relinquishes any and all rights of a Limited Partner as enumerated in the Partnership Agreement, and will make no claim now or in the future of any nature whatsoever upon or in respect of the Partnership or the Partnership Interests being abandoned and forfeited hereby.

Sincerely,

The Linden West Trust

By _____

Dennis Hersch, Trustee

cc: Mr. Soneet R. Kapila, Kapila Mukamal, 1000 South Federal Highway, Suite 200, Ft. Lauderdale, FL.33316

Limited Partners of FF Fund I, L.P.

December 1, 2020

FF Fund Management, LLC

General Partner, FF Fund I, L.P.

801 Brickell Avenue, Suite 900

Miami, FL 33131

Re: Abandonment of Limited Partnership Interest in FF Fund I, L.P.

Dear Sirs:

Reference is made to that certain Third Amended and Restated Limited Partnership Agreement of Farrell Franzone, L. P. made and entered into as of the 12th day of December 2013 (the "Partnership Agreement") by and among Farrell Franzone Investment Management, LLC ("FFIM") and the persons who became parties to the Partnership Agreement from time to time pursuant to the terms thereof. Capitalized undefined terms used herein have the meanings ascribed thereto in the Partnership Agreement.

The undersigned intends to abandon and forfeit, to the fullest extent permitted under applicable law, and does hereby so abandon and forfeit, any and all of his Partnership Interests. This letter constitutes notice to the General Partner and to the Partnership of his abandonment and forfeiture of any and all of his Partnership Interests. Accordingly, as provided under applicable law, effective immediately, the undersigned hereby relinquishes any and all rights of a Limited Partner as enumerated in the Partnership Agreement, and will make no claim now or in the future of any nature whatsoever upon or in respect of the Partnership or the Partnership Interests being abandoned and forfeited hereby.

Sincerely,

Harry K. Wexner

By _____

cc: Mr. Soneet R. Kapila, Kapila Mukamal, 1000 South Federal Highway, Suite 200, Ft. Lauderdale, FL.33316

Limited Partners of FF Fund I, L.P.