

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 28, 2025

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   **Re: *United States v. Andrew Franzone*, 21 Cr. 446 (VSB)**

Dear Judge Broderick:

  The Government writes in response to the Court's March 28, 2025 Order directing the Government "to produce to the Court the inventory of items taken from the Westin Hotel in Fort Lauderdale, Florida on or around May 3, 2021 in connection with the above-captioned case" as referenced during oral argument on September 12, 2022. (ECF No. 166). The referenced documents are attached herein as "Exhibit A."

  The Government is available should the Court have any questions.

              Respectfully submitted,

              MATTHEW PODOLSKY
              Acting United States Attorney

          By: /s/ Sarah Mortazavi
             Sarah Mortazavi
             Assistant United States Attorney
             Tel.: (212) 637-2520

Cc: Counsel (by ECF)