# EXHIBIT A

# THE UNITED STATES POSTAL INSPECTION SERVICE

## ~~SEARCH~~ WARRANT INVENTORY
Arrest

Position/Box.: _____ / _____

Subject Name: Andrew Franzone    Date: 4/22/2021

Subject Address: _____    Floor/Room No. _____

Inspector(s): Ed Gannon    Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | apple iPhone 11 Pro Max - space gray in color |
| 1 | apple MacBook Pro Serial C02VJ3RAG8WN - silver in color |
| 1 | iPhone charger cord |
| 1 | white square napkin with handwritten notes/information |
| 1 | Chase visa card in name of Andrew T Franzone/Andrew T. Franzone LLC  4563 3100 244 96733 |
| 1 | FedEx Office Card |
| 1 | Vystar Credit Union Visa Card in name of Andrew T Franzone  4453 7972 0026 6505 |
| 1 | Chase visa card in name of Andrew Franzone/FF Fund Management  4427 3225 2169 7708 |
| 1 | Business card from Reel Work Spot Fishing with name Wally Tracy written on back |
| 2 | Westin Hotel Room Key Cards in Packet with # 1147 written on the back |

E.G. U.S.P.I.M.S N.P.4 U.273

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*

USAO_SDNY_ 000009184

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: Andrew Franzone
Date: 05/03/21
Subject Address: Westin Hotel, Ft. Laud-Beach
Floor/Room No. 1174
Inspector(s): LANG, D (#7285), ALVAREZ, B (#6734)
Case No. _____

Safe: ___ Cabinet: ___ Credenza: ___ Desk: ___ Drawer: ___
Shelf: ___ Table: ___ Wall: ___ Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 2 | 5G Hot Spots (no serial numbers) (IS0001290766) |
| 1 | Sunpass Transponder # 021242140102 (IS0001290765) |
| 2 | G Drive Harddrive (2 tb S/N WX11E29C1N6B) (IS0001290764) (4 tb S/N WX11D79FHD7V) (IS0001290763) |
| 1 | Macbook Air (Apple) laptop (S/N C1MPWM68G940) and power charge cord EPIS (IS0001290767) |
| 1 | bag of Miscellaneous Documents (IS0001290762) |
| 1 | Verizon 4G Hot Spot Jetpack (IS0001290767) |
| 5 | IPhone + Box w/ power charge cord (IS0001290760) |

| | | |
|---|---|---|
| ① BOA ending 8928 | ⑫ USAA ending 7067 | ㉗ Citi ending 6710 |
| ② BARCLAY ending 8854 | ⑬ USAA ending 8466 | ㉘ Citi ending 5414 |
| ③ CREDIT ONE ending 8548 | ⑭ USAA ending 5965 | ㉙ Suntrust ending 5281 |
| ④ CREDIT ONE ending 3731 | ⑮ USAA ending 36308 | ㉚ Suntrust ending 1661 |
| ⑤ BB&T ending 7962 | ⑳ PNC ending 2675 | ㉛ Suntrust ending 1769 |
| ⑥ BB&T ending 7640 | ㉑ Chase ending 3459 | ㉜ Suntrust ending 3859 |
| ⑦ BBVA ending 5977 | ㉒ Chase ending 8244 | ㉝ Suntrust ending 2640 |
| ⑧ BBVA ending 4853 | ㉓ Chase ending 3335 | ㉞ Regions ending 4763 |
| ⑨ BBVA ending 2073 | ㉔ Chase ending 4393 | ㉟ Regions ending 2615 |
| ⑩ Capital One ending 9990 | ㉕ Citi ending 4248 | ㊱ VyStar ending 9196 |
| ⑪ Capital Bank ending 1290 | ㉖ Citi ending 9346 | ㊲ Citizens ending 9656 |
| ⑫ Wells Fargo ending 9906 | | |
| ⑬ FRB ending 5449 | | |
| ⑭ FRB ending 8405 | | |
| ⑮ FRB ending 2004 | | |

| | | |
|---|---|---|
| ㊳ AT&T ending 9168 | ㊺ HSBC ending 6458 | ㊼ SPG Amex card 1007 |
| ㊴ BB&T ending 4555 | ㊻ Discover ending 4560 | ㊽ Amex ending 1023 |
| ㊵ Cred Union ending 3959 | ㊼ Discover ending 3310 | ㊾ Amex ending 1005 |
| ㊶ Fifth Third ending 4218 | ㊽ Citi ending 7071 | ㊿ Amex ending 1005 |
| ㊷ M&T Bank 7779 | ㊾ AAdvantage no # | 56 Amex ending 4009 |
| ㊸ Fortiva ending 3142 | ㊿ AAdvantage ending 2380 | 57 Amex ending 1007 |
| ㊹ HSBC ending 4691 | 51 Delta Amex ending 1003 | 58 Amex ending 3000 |
| | | 59 Fifth 3rd ending 8530 |
| | | 60 Fifth 3rd ending 5189 |
| | | 61 Fedex no # |

DISTRIBUTION OF COPIES:  White- U.S. Magistrate (Return with Warrant)
Yellow- Inspector (Attach to PS Form 714)
Pink- Subject Searched
Green- Evidence Control Officer (Attach to PS Form 714)

Page ① of ① pages

PS Form 8164, October 1993

USAO_SDNY_000009185