

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2025

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *United States v. Andrew Franzone*, 21 Cr. 446 (VSB)

Dear Judge Broderick:

      Pursuant to the Court's Order, please find appended to this letter a jointly-proposed verdict form to be submitted to the jury at the conclusion of trial in the above-captioned case. There is no dispute among the parties regarding the format or substance of the attached form.

      Respectfully submitted,

      MATTHEW PODOLSKY
      Acting United States Attorney

By:  /s/ Sarah Mortazavi
      Sarah Mortazavi
      Assistant United States Attorney
      Tel.: (212) 637-2520

Cc:    Counsel (by ECF)