| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>ANDREW FRANZONE,<br><br>    Defendant. | 21-cr-446 (VSB) |

## **JURY VERDICT**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     -v-<br><br>ANDREW FRANZONE,<br><br>     Defendant. | 21-cr-446 (VSB) |

## VERDICT FORM

PLEASE CHECK YOUR ANSWER AS TO EACH COUNT

*All Answers Must Be Unanimous*

As to **Count One**, securities fraud, we the Jury find the defendant:

☐ Guilty

☐ Not Guilty

As to **Count Two**, wire fraud, we the Jury find the defendant:

☐ Guilty

☐ Not Guilty

*After completing the Verdict Form, please sign your names in the spaces provided below and fill in the date and time.* **The foreperson should then give a note – NOT the Verdict Form itself – to the Court Security Officer stating that you have reached a verdict.**

_____  _____
       FOREPERSON

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

Date and Time: _____