# RUBINSTEIN & COROZZO, LLP

COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

April 8, 2025

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: United States v. Franzone
21 CR 446 (VSB)

Dear Judge Broderick,

We represent Defendant Andrew Franzone ("Franzone").

We are requesting permission for counsel for Mr. Franzone to be permitted to bring electronic devices into the courthouse for the expected duration of his trial (April 14, 2025 – May 2, 2025).

Attached is a proposed order.

Thank you for your consideration.

Respectfully submitted,

Joseph R. Corozzo, Esq.
Angela D. Lipsman, Esq.

cc:   U.S. Attorney's Office (via ECF)